Melina C. LaMorticella, OSB No. 104325
Email: melina.lamorticella@tonkon.com
Direct Dial: 503.802.2122
Direct Fax: 503.972.3822
TONKON TORP LLP
888 SW Fifth Avenue
Suite 1600
Portland, OR 97204
*Attorneys for Plaintiff Galois, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| GALOIS, INC.,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; KENNETH T. CUCCINELLI; and LOREN K. MILLER,<br><br>Defendants. | Civil No. 3:20-cv-00046-SB<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Order of March 6, 2020, Plaintiff Galois, Inc. ("Galois") and Defendants United States Citizenship and Immigration Services ("USCIS"), Kenneth T. Cuccinelli, and Loren K. Miller, (collectively, the "Parties"), hereby submit this Joint Status Report.

Following issuance of the Order, USCIS reopened the adjudication of the I-140 Immigrant Petition for Alien Worker that Galois filed on behalf of Dr. Michael David Dodds ("Petition"). USCIS subsequently issued a Request for Evidence to Galois on March 24, 2020 ("RFE"). On June 18, 2020, the USCIS Nebraska Service Center received Galois' Response to the RFE ("Response"). By prior agreement of the Parties, USCIS has 30 days from the date of its receipt of the Response to issue a new decision on the Petition; thus, a

decision is expected on or before July 18, 2020.

The Parties do not believe that any action is required by the Court at this time, but request that the stay remain in place until a new decision is issued by USCIS. Within 15 days of the issuance of the USCIS decision, the Parties will either stipulate to a dismissal under Federal Rule of Civil Procedure 41 or file a joint status report to re-initiate the action before this Court. In the meantime, the Parties request that the Court continue to retain jurisdiction over the case.

DATED this 24th day of June 2020.

Respectfully submitted,

*s/ Melina C. LaMorticella*
MELINA C. LAMORTICELLA, OSB No. 104325
Email: melina.lamorticella@tonkon.com
Direct Dial: 503.802.2122
Direct Fax: 503.972.3822
TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204

*Attorneys for Plaintiff*

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

COLIN A. KISOR
Deputy Director

*s/ J. Max Weintraub*
J. MAX WEINTRAUB, VSB No. 36188
Senor Litigation Counsel, Civil Division
Office of Immigration Litigation,
District Court Section
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
E-mail: jacob.weintraub@usdoj.gov
Telephone: (202) 305-7551
Fax: (202) 305-7000

*Attorneys for Defendants*