Melina C. LaMorticella, OSB No. 104325
Email: melina.lamorticella@tonkon.com
Direct Dial: 503.802.2122
Direct Fax: 503.972.3822
TONKON TORP LLP
888 SW Fifth Avenue
Suite 1600
Portland, OR 97204
*Attorneys for Plaintiff Galois, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **GALOIS, INC.**,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; KENNETH T. CUCCINELLI; and LOREN K. MILLER**,<br><br>Defendants. | Civil No. **3:20-cv-00046-SB**<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT FEES OR COSTS**<br><br>**FED. R. CIV. P. 41(a)(1)(A)(ii)** |

* * *

* * *

* * *

* * *

* * *

* * *

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of this action without prejudice and without fees or costs.

IT IS SO STIPULATED.

DATED this 13th day of July, 2020.


<u>*s/ Melina C. LaMorticella*</u>
MELINA C. LAMORTICELLA, OSB No. 104325
Email: melina.lamorticella@tonkon.com
Direct Dial: 503.802.2122
Direct Fax: 503.972.3822
TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204

*Attorneys for Plaintiff*


DATED this 13th day of July, 2020.


ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

COLIN A. KISOR
Deputy Director

<u>*s/ J. Max Weintraub*</u>
J. MAX WEINTRAUB, VSB No. 36188
Senor Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
E-mail: jacob.weintraub@usdoj.gov
Telephone: (202) 305-7551
Fax: (202) 305-7000

*Attorneys for Defendants*